

anthonymendiolaind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

OCT 17 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY PAUL MENDIOLA,<br><br>Defendant. | CRIMINAL CASE NO. **07-00098**<br><br>**INDICTMENT**<br><br>**HOBBS ACT ROBBERY**<br>[18 U.S.C. §§ 1951(a) & 2] (Count 1)<br><br>**USING AND CARRYING A FIREARM DURING A CRIME OF VIOLENCE**<br>[18 U.S.C. §§ 924(c)(1)(A) & 2]<br>(Count 2) |

THE GRAND JURY CHARGES:

### COUNT I - HOBBS ACT ROBBERY

1. At all times material to this Indictment, All In Game Room, District of Guam, was engaged in the business of selling retail and commercial items. All In Game Room's business operations affected interstate and foreign commerce.

2. On or about July 24, 2006, in the District of Guam, ANTHONY PAUL MENDIOLA, the defendant, unlawfully, wilfully and knowingly, committed robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), by unlawfully taking and obtaining personal property and property in that person's custody and possession, against that person's will, by means of actual and threatened force, and violence, and fear of injury, immediate or future, to that person and that person's property, and property in that person's

-1-

custody and possession, and thereby obstructed, delayed and affected commerce, and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, 1951(b)(3), namely ANTHONY PAUL MENDIOLA, the defendant robbed the All In Game Room and the cashier Soon D. Chargulaf, in violation of Title 18, United States Code, Sections 1951(a) and 2.

**COUNT II - USING AND CARRYING A FIREARM DURING A CRIME OF VIOLENCE**

3. The Grand Jury realleges, adopts, and incorporates by reference herein, the allegations contained in paragraphs 1 and 2 as if fully set forth herein.

4. On or about July 24, 2006, in the District of Guam, ANTHONY PAUL MENDIOLA, the defendant, unlawfully, knowingly, and wilfully, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, the Hobbs Act Robbery charged in Count One of this Indictment, used and carried a firearm, and in furtherance of such crimes, possessed such firearm, and brandished such firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

DATED this 17th day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

-2-

# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**

City ___Hagåtña___

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00098**

Same Defendant _____ New Defendant __x__

Search Warrant Case Number _____

R 20/ R 40 from District of _____

## Defendant Information:

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __x__ No

Defendant Name    __ANTHONY PAUL MENDIOLA__

Alias Name    __Tonko__

Address    _____

__Dededo, Guam__

Birthdate __Xx/xx/1974__ SS# __xxx-xx-2435__ Sex __M__ Race __PI__ Nationality __Chamorro__

## U.S. Attorney Information:

AUSA ___Karon V. Johnson___

Interpreter: __X__ No ___ Yes    List language and/or dialect: _____

**RECEIVED OCT 17 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

## Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

## U.S.C. Citations

Total # of Counts: __2__    ___ Petty ___ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1951(a) & 2 | Hobbs Act - Robbery | 1 |
| Set 2 | 18 USC 924(c)(1)(A) & 2 | Using and Carrying a Firearm During a Crime of Violence | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __10/16/07__    Signature of AUSA: _[signature]_