anthonymendiolawrt

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00098 |
| Plaintiff, | |
| vs. | **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| ANTHONY PAUL MENDIOLA, | |
| Defendant. | |

TO: OFFICER IN CHARGE
Territorial Detention Center
Territory of Guam

This Court finds that ANTHONY PAUL MENDIOLA is now in the custody of the Territorial Detention Center, and that said prisoner is required to appear before this Court on October 19, 2007, at 10:30 a.m. for an initial appearance in the United States District Court of Guam.

**IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention Center or his authorized agent, or any Federal law enforcement agent shall produce ANTHONY PAUL MENDIOLA before this Court on October 19, 2007, at 10:30 a.m., and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion

///

1 of said prosecution and/or Court appearances and/or upon further order of the Court, return said
2 prisoner to their place of confinement.



/s/ Joaquin V.E. Manibusan, Jr.
   U.S. Magistrate Judge
Dated: Oct 17, 2007