AO83 (Rev. 10/03) Summons in a Criminal Case

**FILED**
**DISTRICT COURT OF GUAM**

# UNITED STATES DISTRICT COURT

OCT 18 2007

DISTRICT OF GUAM

JEANNE G. QUINATA
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**ANTHONY PAUL MENDIOLA**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: **CR-07-00098** |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**3rd Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | **302** |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Friday, October 19, 2007 at 10:30 a.m.** |

To answer a(n)
X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**Hobbs Act Robbery, 18 U.S.C. §§ 1951(a) and 2 - Count 1**

**Using and Carrying a Firearm During a Crime of Violence, 18 U.S.C. §§ 924(c)(1)(A) and 2 - Count 2**

RECEIVED
OCT 17 2007
US MARSHALS SERVICE-GUAM

ORIGINAL

__Marilyn B. Alcon, Deputy Clerk__
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**October 17, 2007**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Date  10·17·07

Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: MANGILAO, GUAM

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  10·18·07
Date

J. SALAS
Name of United States Marshal

_(signature)_
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.