# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00098　　　　　　　　　　DATE: October 19, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:40:37 - 10:45:02
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　11:32:01 - 11:35:25
CSO: N. Edrosa

**APPEARANCES:**
Defendant: Anthony Paul Mendiola　　　　Attorney: Samuel S. Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas　　　U.S. Agent:
U.S. Probation: Judy Ocampo　　　　　　U.S. Marshal: C. Marquez
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance and Arraignment**
- Counsel informed Court that he had a conflict of interest representing Mr. Mendiola. The Court appointed Curtis Van De Veld.
- Arraignment continued to: October 23, 2007 at 2:00 p.m.

NOTES: