1
2
3
4
5
6          DISTRICT COURT OF GUAM
7          TERRITORY OF GUAM
8
9   UNITED STATES OF AMERICA,              CRIMINAL CASE   NO. 07-00098
10                  Plaintiff,
11          vs.
12                                         **APPOINTMENT ORDER**
    **ANTHONY PAUL MENDIOLA,**
13
14                  Defendant.
15          IT IS HEREBY ORDERED that **CURTIS VAN DE VELD** is appointed to represent the
16   defendant in the above-entitled case.
17
18                                         **/s/ Joaquin V.E. Manibusan, Jr.**
19                                         **U.S. Magistrate Judge**
                                           **Dated: Oct 19, 2007**
20
21
22
23
24
25
26
27
28