# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ **GUAM**

**UNITED STATES OF AMERICA**

V.

**ANTHONY PAUL MENDIOLA**

## NOTICE

CASE NUMBER: **CR-07-00098**

TYPE OF CASE:
☐ CIVIL       X  CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**CONTINUED ARRAIGNMENT**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Joaquin V.E. Manibusan, Jr. | October 23, 2007 at 2:00 P.M. | October 22, 2007 at 2:00 P.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

October 19, 2007
DATE

Virginia T. Kilgore
/s/ (BY) DEPUTY CLERK

TO: U.S. Attorney's Office
   Curtis Van de Veld
   U.S. Probation Office
   U.S. Marshals Service