IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE

CASE NO.: CR-07-00098     DATE: October 22, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                Court Recorder: Francine A. Diaz
Courtroom Deputy: Virginia T. Kilgore       Electronically Recorded: 2:20:41 - 2:28:29
CSO: N. Edrosa

**APPEARANCES:**
Defendant: Anthony Paul Mendiola            Attorney: Curtis Van de Veld
☑ Present ☑ Custody ☐ Bond ☐ P.R.           ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas          U.S. Agent: Hoang Nguyen, DEA
U.S. Probation: John San Nicolas            U.S. Marshal: T. Muna/G. Perez
Interpreter:                                Language:

**PROCEEDINGS: Continued Arraignment**
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: December 12, 2007 at 9:30 A.M.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: