

anthonymendioladis

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 23 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00098 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES' MOTION TO DISMISS** |
| | ) | [Fed.R.Crim. Pro. 48(a)] |
| ANTHONY PAUL MENDIOLA, | ) | |
| Defendant. | ) | |

Comes now the plaintiff, United States of America, by and through its undersigned Assistant U.S. Attorney Rosetta L. San Nicolas, and requests, pursuant to Federal Rules of Criminal Procedure Rule 48(a) for leave of the Court to dismiss the Indictment filed in this case.

On October 17, 2007, a true bill was returned charging defendant Anthony Paul Mendiola with the offense of Hobbs Act Robbery, in violation of 18 U.S.C. §§ 1951(a) and 2 and for Using and Carrying a Firearm During a Crime of Violence, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2.

On November 19, 2007, defendant pled guilty in Superior Court of Guam Criminal Case No. CF327-96 to the offenses of Robbery (As a Second Degree Felony), in violation of 9 G.C.A.§ 40.20(a)(2) and (b); Theft (As a Third Degree Felony), in violation of 9 G.C.A. §§

43.20(b) and 43.30(a), and Possession of a Firearm Without an Identification Card (As a Third Degree Felony) in violation of 10 G.C.A. §§ 60106, 60114(a) and 60121(e).

The United States defers to the local prosecution of the defendant in the Superior Court of Guam as the prosecution serves the goal of the efficient use of law enforcement resources. The Government respectfully requests leave of the District Court to dismiss the Indictment in this case.

Respectfully submitted this 23rd day of November, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney