1  THE VANDEVELD LAW OFFICES, P.C.
   *Mr. Curtis C. Van de veld, Esq.*
2  Counselor and Attorney at Law
   Historical Building, Second Floor
3  123 Hernan Cortes Avenue
   Hagåtña, Guam 96910
4  Office: (671) 488-0888
   Facsimile: (671) 472-2561
5
   *Attorney for Defendant:*
       ANTHONY PAUL MENDIOLA
6

**FILED**
DISTRICT COURT OF GUAM

NOV 28 2007  11:∽

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. CR07-00098 |
| Plaintiff, ) | |
| vs. ) | **SUBMISSION OF PROPOSED ORDER Re: DISMISSAL OF INDICTMENT WITH PREJUDICE** |
| ANTHONY PAUL MENDIOLA, ) | |
| Defendant. ) | |

COMES NOW Defendant ANTHONY PAUL MENDIOLA by and through Defendant's court appointed counsel of record, THE VANDEVELD LAW OFFICES, P.C., by Mr. Curtis C. Van de veld, Esq., to submit to the court the attached proposed order which has also been submitted by electronic transmission to chambers@gud.uscourts.gov.

UNITED STATES OF AMERICA v. ANTHONY PAUL MENDIOLA, Defendant
Criminal Case No. CR07-00063                                    **Page 1**
OPPOSITION TO MOTION TO DISMISS

Case 1:07-cr-00098    Document 16    Filed 11/28/2007    Page 1 of 4    ORIGINAL

DATED: Wednesday, November 28, 2007.

THE VANDEVELD LAW OFFICES, P.C.

_[signature]_

Mr. Curtis C. Van de veld, Esq.
Attorney for Defendant
**ANTHONY PAUL MENDIOLA**

## CERTIFICATE OF SERVICE

I, Curtis C. Van de veld, Esq., hereby certify that I caused a copy of the foregoing document here filed, to be served on counsel for Plaintiff UNITED STATES OF AMERICA on November 28th, 2007 via hand delivery at the following address:

**Ms. Rosetta San Nicolas, Esq.**, Assistant U.S. Attorney
U.S. Attorney's Office - District Of Guam - Criminal Division
6th Floor, Sirena Plaza, 108 Hernan Cortes Avenue, Hagåtña, Guam 96910

DATED: Wednesday, November 28, 2007.

THE VANDEVELD LAW OFFICES, P.C.

_[signature]_

Mr. Curtis C. Van de veld, Esq.
Attorney for Defendant
ANTHONY PAUL MENDIOLA

UNITED STATES OF AMERICA v. ANTHONY PAUL MENDIOLA, Defendant
Criminal Case No. CR07-00063  **Page 2**
OPPOSITION TO MOTION TO DISMISS

Case 1:07-cr-00098   Document 16   Filed 11/28/2007   Page 2 of 4

THE VANDEVELD LAW OFFICES, P.C.
**Mr. Curtis C. Van de veld, Esq.**
Counselor and Attorney at Law
Historical Building, Second Floor
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Office: (671) 488-0888
Facsimile: (671) 472-2561

*Attorney for Defendant:*
ANTHONY PAUL MENDIOLA

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. CR07-00098 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER Re:** |
| ) | **DISMISSAL OF INDICTMENT WITH** |
| ANTHONY PAUL MENDIOLA, ) | **PREJUDICE** |
| ) | |
| Defendant. ) | |

THIS MATTER has come before the Court upon a timely motion submitted by Defendant ANTHONY PAUL MENDIOLA (hereinafter referred to as "Defendant"), by and through Defendant's court appointed counsel of record, THE VANDEVELD LAW OFFICES, P.C., by Mr. Curtis C. Van de veld, Esq., seeking dismissal of the case upon the grounds of the Fifth Amendment to the Constitution of the United States of America wherein it prohibits a person being twice subjected to loss of liberty for the same offence. The UNITED STATES, by an untimely motion filed on November 23, 2007 has also moved the Court to dismiss the matter upon the grounds of F.R.Cr.P. Rule 48(a). The motion of the UNITED STATES does not state the effect of the dismissal, i.e., whether the dismissal is with or without prejudice.
UNITED STATES OF AMERICA v. ANTHONY PAUL MENDIOLA, Defendant
Criminal Case No. CR07-00063                                                         **Page 1**
ORDER Re: MOTION TO DISMISS

UNITED STATES OF AMERICA v. ANTHONY PAUL MENDIOLA, Defendant
Criminal Case No. CR07-00063                                                         **Page 1**
ORDER Re: MOTION TO DISMISS

Defendant has opposed the motion of the UNITED STATES to dismiss the indictment in this case brought under F.R.Cr.P Rule 48(a) upon the grounds and bases that it is untimely and should be a dismissal with prejudice based on Defendant's motion. The UNITED STATES has not opposed the motion of the Defendant.

The Court having reviewed the record of this matter and the various papers filed by the parties and otherwise being informed about this matter, finds that good cause exists to make the following orders:

IT IS HEREBY ORDERED, DECREED AND ADJUDGED that the motion filed by the Defendant not being opposed and based on a correct and factually supported record is hereby granted and this matter is dismissed with prejudice as to continue the prosecution of this matter will violate the protections to Defendant ANTHONY PAUL MENDIOLA provided by the Fifth Amendment of the Constitution of the United States of America commonly referred to as the 'double jeopardy' clause.

IT IS FURTHER ORDERED, DECREED AND ADJUDGED that the motion to dismiss filed by the UNITED STATES is tardy, lacks sufficient specificity for this Court to determine the effect of the dismissal sought and therefore denied.

SO ORDERED: _____.

_____
**HONORABLE FRANCES TYDINGCO-GATEWOOD**
Chief Judge, DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA v. ANTHONY PAUL MENDIOLA, Defendant
Criminal Case No. CR07-00063 **Page 2**
ORDER Re: MOTION TO DISMISS

Case 1:07-cr-00098 Document 16 Filed 11/28/2007 Page 4 of 4