IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00098 |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | |
| ANTHONY PAUL MENDIOLA, | ) | |
| Defendant. | ) | |

Both the United States and the Defense have filed Motions to Dismiss the above captioned case for the reason that the Defendant has entered a guilty plea in Superior Court Case No. CF 327-96. The court hereby grants both motions and dismisses the case WITH PREJUDICE.

IT IS SO ORDERED this 10th day of December, 2007.

/s/ Frances M. Tydingco-Gatewood
Chief Judge